UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.
    Plaintiff

vs.

CIVIL NO. 98-1529 (JP)

AZULEJOS Y CERAMICA INC.
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 29, 1999<br>**Docket:** #13<br>[] Plffs  [ ] Defts  [X] Other<br>**Title:** Motion for Withdrawal of Legal Representation | **GRANTED.** The Law Firm of Muñoz Boneta González Arbona Benítez & Peral by Carlos Santiago, Esq. have been attorney of record for Plaintiff in the above captioned case. Mr. Santiago is no longer working at this law firm. Therefore, the Clerk shall remove Carlos C. Santiago but leave the law firm Muñoz Boneta González Benítez & Peral by Enrique Peral as attorneys of record. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:       #14